UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-230-MOC-DSC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | **ORDER** |
|  | ) |  |
| **MARYSA RENEE COMER,** | ) |  |
|  | ) |  |
| **Defendant.** | ) |  |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Hearing. (#50). Having considered the matter and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Continue Hearing (#50) is **GRANTED,** and the Clerk of Court is instructed to continue this matter to the next appropriate sentencing term.

Signed: July 8, 2022

*Max O. Cogburn Jr*
United States District Judge